GRACE HOWARD, Individually and as Executrix of ALLEN HOWARD, Deceased, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.